IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| NORMA DEADMOND, | ) |
| | ) |
| Plaintiff, | ) Cause No: 3:23-cv-241-DWD |
| | ) |
| SCHNUCK MARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL**

It is hereby stipulated by and between Plaintiff and Defendant, that Plaintiff's claim against Defendant, Schnuck Markets, Inc., dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| /s/  Matthew P. Young | /s/ Ryan C. Turnage |
| Matthew P. Young, #6291110 | Ryan C. Turnage, # 281108 |
| Kuehn, Beasley & Young, P.C. | Schnuck Markets, Inc. |
| 23 South 1st Street | 11420 Lackland Road |
| Belleville, IL 62220 | St. Louis, MO  63146 |
| (618) 277-7260-Telephone | (314) 994-4333 – Telephone |
| (618) 277-7718-Facsimile | (978) 313-6371– Facsimile |
| Email: mattyoung@kuehnlawfirm.com | Email:  rcturnage@schnucks.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |