IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NORMA DEADMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:23-cv-241-DWD |
| | ) |
| SCHNUCK MARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on July 13, 2023 (Doc. 15), as well as the Stipulation of Dismissal (Doc. 13), this matter is **DISMISSED with prejudice** with each party to bear its own costs and fees.

IT IS SO ORDERED.

DATED: July 13, 2023

                                              MONICA A. STUMP, Clerk of Court

                                              *s/ Dana M. Winkeler*
                                              **Deputy Clerk**

Approved: *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**